UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derek Reed

Plaintiff(s),                                    Case No. 5:14-cv-14842-JEL-RSW

v.                                               Judge Judith E. Levy

GFI Holdings, LLC, an Illinois limited liability      Magistrate Judge
company, and John Guzzardo

Defendant(s).

_____/

## REQUEST FOR CLERK'S ENTRY OF DEFAULT

In accordance with Fed. R. Civ. P. 55(a), I request that a Clerk's Entry of Default be entered against

GFI Holdings, LLC and John Guzzardo _____ for failure to plead or otherwise defend.

## AFFIDAVIT

In support of my request for Clerk's Entry of Default, I state that:

1.  The summons and complaint were served on _____12/23/2014_____ at

    1300 Woodward Heights, Ferndale MI 48220 _____ by

    personal service.

2.  The defendant has failed to plead or otherwise defend in accordance with Fed. R. Civ. P. 12.

3.  The defendant is not an infant, incompetent person or a member of the military service.

4.  This statement is true and is signed under the penalty of perjury.

Date:  January 15, 2015                          /s/ Armin Halilovic
                                                 _____

                                                 P78042
                                                 Gold Star Law, P.C.
                                                 2701 Troy Center Dr., Ste. 400
                                                 Troy, MI 48084
                                                 (248) 275-5200
                                                 ahalilovic@goldstarlaw.com