UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Derek Reed,

                Plaintiff(s),

v.                                         Case No. 5:14–cv–14842–JEL–RSW
                                                   Hon. Judith E. Levy

GFI HOLDINGS, LLC., et al.,

                Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  GFI HOLDINGS, LLC.

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                                DAVID J. WEAVER, CLERK OF COURT

                                                By: s/ D. Worth
                                                     Deputy Clerk

Dated:   January 16, 2015