## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

Derek Reed,

                Plaintiff,       Case No. 14-cv-14842

                                      Hon. Judith E. Levy

v.                              Mag. Judge R. Steven Whalen

GFI Holdings, LLC, and John
Guzzardo,

                Defendants.

_____/

## ORDER GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [8]

On April 15, 2015, this matter came before the Court on plaintiff Derek Reed's motion for default judgment against defendants GFI Holdings, LLC and John Guzzardo pursuant to Fed. R. Civ. P. 55(b)(2). (Dkt. 8.) A hearing was held and oral argument was heard.

Plaintiff is entitled to judgment as to the unpaid overtime wages as compensation for violations of the Fair Labor Standards Act of 1938 ("FLSA") 29 U.S.C. 201, et seq. Judgment is also entered as to liquidated damages pursuant to 29 U.S.C. § 216(b) for the overtime

damages.  Plaintiff is also entitled to judgment on plaintiff's retaliation claims brought under the FLSA and Whistleblowers' Protection Act of 1980 MCL 15.361, et seq.  Pursuant to 29 U.S.C. § 216(b), the Court also awards liquidated damages in an amount equal to the plaintiff's retaliation damages.

ACCORDINGLY, JUDGMENT IS HEREBY ENTERED against defendants in accordance with the prayer of the complaint in this action as follows:

1. JUDGMENT IS HEREBY ENTERED, pursuant to 29 U.S.C. § 216(b), in favor of plaintiff and against defendants in the total amount of $25,655.00.  This sum represents the unpaid overtime damages and an equal amount in liquidated damages.

2. FURTHER, JUDGMENT IS HEREBY ENTERED, pursuant to 29 U.S.C. § 215(a)(3) and M.C.L. § 15.362, in favor of plaintiff and against defendants in the total amount of $58,320.00.  This sum represents the retaliation damages and an equal amount in liquidated damages.

   a. The judgment shall be deemed satisfied upon defendants' delivery to:

2

Gold Star Law, P.C.
2701 Troy Center Dr., Ste. 400
Troy, Michigan 48084

of a certified check or cashier's check in the amount of $83,975.00 made payable to the order of the "Gold Star Law, P.C. Trust Account" and referencing "Reed—14-cv-14842" on the face of the check.

3. FURTHER, it is ORDERED that plaintiff shall recover from defendants post-judgment interest pursuant to 28 U.S.C. § 1961; and it is further

4. ORDERED that a true copy of this judgment shall be served on defendants within 10 days of entry; and it is further

5. ORDERED that defendants pay the costs of this action, including attorney's fees.

IT IS SO ORDERED.

Dated: May 8, 2015                           s/Judith E. Levy_____
Ann Arbor, Michigan                         JUDITH E. LEVY
                                            United States District Judge

3

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 8, 2015.

s/Amanda Chubb_____
AMANDA CHUBB
Case Manager

4